

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

In re `Steven Allen Parrott Jr.`
   `dba Parrott Construction`
   `and`
`Keri Leigh Parrott`
_____ / Debtor

Case No. `10-35563`
Chapter 7

Attorney for Debtor:  `Mark E. Huber`

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of __3__ pages, is true, correct and complete to the best of my knowledge.

Date: __5/13/2010__

/s/ `Steven Allen Parrott Jr.`
Debtor

/s/ `Keri Leigh Parrott`
Joint Debtor

/s/ `Mark E. Huber`
`Mark E. Huber`
`Attorney for the debtor(s)`
`2140 Professional Drive`
`Ste. 250`
`Roseville, CA  95661`

```
*** 10-35563 ***

Bank of America
PO Box 15026
Wilmington  DE  19850-5026

Ca Emergency Phys
PO Box 582663
Modesto  CA  95358

Capital One
PO Box 30281
Salt Lake City  UT  84130

Chase Bank USA NA
Bank One Card Service
Westerville  OH  43081

Citi Cards CBSDNA
PO Box 6241
Sioux Falls  SD  57117

Client Services Inc
PO Box 1503
Saint Peters  MO  63376

County of Sacramento
Dept of Revenue Recovery
PO Box 1086
Sacramento  CA  95812

Encore Receivable Management S
PO Box 7000
Olathe  KS  66063

Firstsource Advantage  LLC
pO bOx 628
Buffalo  NY  14240

Fresno Credit Bureau
757 L Street
Fresno  CA  93721

Fresno Credit Bureau
P O  Box 942
Fresno  CA  93714

Heritage Comm Credit Union
PO Box 790
Rancho Cordova  CA  95741

Home Depot/CBSD
PO Box 6497
Sioux Falls  SD  57117
```

```
Macys
9111 Duke Blvd
Mason  OH  45040

Matthew Mead
1234 Crimson Court
Meadow Valley  CA  95956

NCO Financial Systems
PO Box 15889
Wilmington  DE  19850

NCO Financial Systems  Inc-LOS
p O  Box 15537
Wilmington  DE  19850

Placer Creditor Bureau
PO Box R
Roseville  CA  95678

Pro Consulting Services Inc
PO Box 66768
Houston  TX  77266

Sunrise Credit Services  Inc
PO Box 9100
Farmingdale  NY  11735

Sutter Medical Foundation
PO Box 255228
Sacramento  CA  95865

Sutter Roseville Medical Cente
PO Box 160100
Sacramento  CA  95816

Travis Federal Credit Union
1 Travis Way
Vacaville  CA  95687

US Bank
425 Walnut Street
Cincinnati  OH  45202

Verizon Wireless
PO Box 660108
Dallas  TX  75266-0108

Walnut Creek Urgent Care
112 La Casa Via  #135
Walnut Creek  CA  94598

Well Fargo Dir Svc/Wach
PO Box 1697
Winterville  NC  28590
```