FILED
September 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002917109

Certificate Number: 05781-CAE-DE-012272797

Bankruptcy Case Number: 10-35563

05781-CAE-DE-012272797

## **CERTIFICATE OF DEBTOR EDUCATION**

I CERTIFY that on September 9, 2010, at 8:38 o'clock AM PDT, steve parrott completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date: September 9, 2010    By: /s/Allison M Geving

Name: Allison M Geving

Title: President