09/09/2010 09:45 FAX

:Sage Personal Finance To:Sage Personal Finance certificates parrott S P   Case 10-35563   Doc 16   Page 1 of 1   08:40 09/09/10GMT-07 Pg 03-03

FILED
September 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002917113

Certificate Number: 05781-CAE-DE-012272798

Bankruptcy Case Number: 10-35563

05781-CAE-DE-012272798

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2010, at 8:38 o'clock AM PDT, Keri Parrott completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date:  September 9, 2010            By:   /s/Allison M Geving

                                   Name:  Allison M Geving

                                   Title:  President