FILED
October 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002975782

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re  Steven Allen Parrott Jr.     )
       and                          )
       Keri Leigh Parrott           )
                                    )   Case No. 10-35563
                                    )
                                    )
                                    )
              Debtor(s).            )

### Amended 07/15/2010
### VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case *(please check and complete one)*:

[ ]   on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, *[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]*

### OR

[ ]   typed in scannable format on paper, consisting of _____ pages and listing a total of _____ creditors, *[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]*

### OR

[✔]   electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of _____ creditors, *[required with electronically filed petitions]*

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: _____     /s/ Steven Allen Parrott Jr.
                                    _____
                                                Steven Allen Parrott Jr.

DATED: _____     /s/ Keri Leigh Parrott
                                    _____
                                                Keri Leigh Parrott

EDC 2-100   (Rev. 10/2007)

```
*** 10-35563 ***

Bruce & Lydia McIntosh
c/o Stromberg Law Firm
1111 Civic Dr   Ste  380
Walnut Creek  CA  94596

Cardoza Law Offices
1220 Oakland Blvd
Suite 200
Walnut Creek  CA  94596

Mr & Mrs  Pardella
20 Rose Arbor Lane
Walnut Creek  CA  94596

Mr  & Mrs  Clemente
1345 Homestead Avenue
Walnut Creek  CA  94598

RAS of Sacramento
PO Box 160008
Sacramento  CA  95816
```