FILED
October 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002975780

# PROOF OF SERVICE BY MAIL

CASE NO: In re Steven & Kari Parrott
U.S. Bankruptcy Court Eastern District of California, Sacramento Division, 2010-35563-B-7

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF PLACER         )

I, the undersigned, hereby declare:

That I am an employee in the County of Placer, California, that I am over the age of eighteen years and not a party to the within cause; my business address is 2140 Professional Drive, Suite 250, Roseville, CA 95661.

I am familiar with the business practices of the LAW OFFICE OF MARK HUBER for collecting and processing mail and know that the mail in said office is collected and processed so that this piece of mail was deposited with the United States Postal Service on the same date as indicated below. On this date of October 4, 2010, served the within **AMENDMENT COVER SHEET, AMENDED SCHEDULE F, NOTICE OF CHAPTER 7 BANKRUPTCY CASE, NOTICE OF FILING REPORT OF NODISTRIBUTION,** on the interested parties in said action by depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid and addressed as follows:

John R. Roberts
Trustee in Bankruptcy
PO Box 1506
Placerville, CA 95667

Office of the U.S. Trustee
501 I Street, Room 7-500
Sacramento, CA 95814

See Attached List

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on _10-4-10_____, at Roseville, California

Mark Huber

*** 10-35563 ***          Parrott amended creditors

Bruce & Lydia McIntosh
c/o Stromberg Law Firm
1111 Civic Dr   Ste  380
Walnut Creek  CA  94596


Cardoza Law Offices
1220 Oakland Blvd
Suite 200
Walnut Creek  CA  94596


Mr & Mrs  Pardella
20 Rose Arbor Lane
Walnut Creek  CA  94596


Mr  & Mrs  Clemente
1345 Homestead Avenue
Walnut Creek  CA  94598


RAS of Sacramento
PO Box 160008
Sacramento  CA  95816